| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:** U.S. District Court Western District of TN, Jackson

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.
Cornilias Woody  Pro se
One law Lane
Union City TN, 38261

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY  ☒ CIVILIAN
**4. DATE OF BIRTH:** 08/07/1984
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** December 28, 2018
**7. TIME (A.M. OR P.M.):** 5:00-5:30 pm

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.):

Arises from a situation that happened on Dec 28, 2018 where I was tortured by the same officers sworn to protect acting under the "color of law". Agent Andrew Kelley, Inv. Ben Yates of the 27th Judicial Drug Task Force and Ptl. Ben Burnett, Ben Rosenburry, Chuckie Moran and Brandon Adams and Jimmy Gray the Union City Police Dept. I recieved NONE. Medical Treatment and Denied Medical Assistance

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT: No Property

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED: None

RECEIVED BY NOV 06 2020
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Andrew Kelley contests to himself and Ptl. Burnett delivering "closed fist" blows to my face + chest area, which knock out my front tooth causing constant nerve damage in my mouth, visiable scars from handcuffs and shakles on wrists and feet along with back pains and muscle spasms in neck and right arm visiable permenately swollen right anklebone causing alot of pain + suffern physically, mentally and emotionally.

**11. WITNESSES**

| NAME | ADDRESS |
|---|---|
| Case Reports and Body Cams of officers present, and recording from Dispatch were Medical was requested and Denied by officer's | Union City Police Dept 221 Harrison St Union City TN, 38261 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| $0.00 | Physical/mental $650,000.00 | $0.00 | $650,000.00 six hundred fifty thousand |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT:** Cornelias Woody
**13b. PHONE NUMBER OF PERSON SIGNING FORM:** Location Obion County Jail
**14. DATE OF SIGNATURE:** 10-29-20

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109
NSN 7540-00-634-4046
STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

None

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?**   ☐ Yes   ☒ No   **17. If deductible, state amount.**

None                                                                                                                  $0.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

None

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

8# Basis of Claim ON December 28ᵗʰ 2018, at approx 5:00 to 5:30 pm on the parking lot of Dairy Queen located in Union City TN, a incident transpired where after I was handcuffed already n no threat the forementioned officers of the Drug Task force and Union City Police Dept. violated my (Cornilios Woods) rights as a human being, by applying overly excessive force violating Article #8 under the Bill of Rights to the point, I was tourtured, Tourture - to cause intense suffering to, to punish or coerce by inflicting severe pain to while acting under the "color of law" damaging Body and mind and injuring my body and mind. Despite calls being made by onlookers present, Denied Ambulance from attending to my damages and Denied Medical Treatment by also the same officers sworn to serve and protect acting again under the "color of law"

Officers of Drug Task Force + Union City Police Dept and the roles they played. Andrew Kelley, Ben Yates (DTF) Ben Burnett Ben Rosenburg, Brandon Adams, Chuckie Moran, and Jimmy Gray. UCPD According to Case Reports written by Kelly himself he testified Himself and Ben Burnett delevering "Closed Fist blows to my face + chest area

Page ②

also tasing + drive stunning me "multiple times" after I was already "handcuffed" and apprehended, while himself + Burnett was delivering these blows. my tooth and "goldplate" was knocked out of my mouth and when asked in my prelimenary hearing if he did he admited that "he might have". He also stated in Case Report that I was continually reaching for waistband area + resisting but in bodycams you can see that my pants were down with his "gloved hand in my anus area". at another point I was tased too on my buttocks because my legs were "locked up" due to multiple tasings. That isn't resisti or reaching. Rosenburry helped in tasing me also after I was bac̶k̶ handcuffed, Brandon Adams, tased me, and was helping them, Ben Yates was seen on video footage screami he was gonna "kill me" before I was pulled from vehicle which showed "intent" Chuckie Moran d̶r̶e̶e̶ Drive Stuned me after shackles was placed with me already being handcuffed, while I was on my stomach cuffed, shackled, and pants around my knees in public I was being serched and felt a hand on my testicles from "back area" and serched illegally, being violated.... ~~~~~~~~~~~~~~~~~~~~~~~ which is also excessive and raises question if Article 4 of the Bill of Right was also violated, but also goes hand in hand

with the mental anguish as well as the body, there is proper guidelines and proper procedures that any officer actn under the color of law must follow, in this certain incident there is factual proff these were abandon. by law enforcement, After they (officers) so called resolved the situation, The DTF and UCPD failed to provide me with medical Treatment, nor Medical Assistance, to remove taser prongs safely, check my vitals or anything after I was tased 5 to 6 times (See Taser Report) and was in fact. injured, Brandon Adams testified ~~arrested~~ in his Case Report That I stated I couldnt stand due to taser probes in my thighs at the county jail, Causing me more anguish and pain himself And Chuckie Moran pulled the probes out by hand, streaching my skin n riping out the probes, Here again proper guidelines and proper procedures were abundoned by officers acting under the color of law. Dispatch for UCPD has record of "civilans" calling for abulance and one of the officers telling them "none is needed" How is this possible? This also proves Negligence on UCPD and DTF in many ways and they are in fact a "Public Health Crisis"

Union City has a history of policies & procedures and deliberate indiffrences that violates the rights of arrestees, particularly Black men, and highlight the need for officer training and disipline.

Critical problems with Police training and city's knowledge and Ratification of a culture of racism and Bad Behavior in the police

Union City has been fostered a culture of excessive force and impunity ~~with~~ within the police force & failed to terminate Dangerous Officers despite complaints filed against these officers in the past. I myself was a victim of this crisis and blessed to survive the incident.

Victum of
<u>Police Brutality</u> & <u>Excessive force</u>, <u>Negligence</u> to follow proper guidelines & procedures, <u>Degradation</u> by officers sworn to protect and serve. <u>Negligence to provide proper Medical Treatment</u> causing alot of <u>Pain & Suffering</u> and <u>Emotional Distress</u>. Depression & Low Self Esteem

<u>Evidence</u>  <u>Body Cams</u> from officers present (UCPD)
<u>Case Reports</u> written from Officers present (DTF)
<u>Taser Report</u> Done by (UCPD/DTF)

All from Dec 28, 2018
Approx 5:00 to 5:30 pm